ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JUL 12 AM 8:13

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| IAN JAMES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 306-024 |
| | ) | |
| WARDEN McRAE CORRECTIONAL | ) | |
| FACILITY et al., | ) | |
| | ) | |
| Respondents. | ) | |

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner initially filed a petition under Title 28, United States Code, Section 2241. Because the substance of the petition constituted a collateral attack on petitioner's underlying conviction and sentence, the Court determined that the petition should be construed as a motion filed under Title 28, United States Code, Section 2255. Because of the potential consequences to a petitioner of construing a petition as a motion filed under Section 2255, the Court on May 11, 2006, ordered petitioner to indicate his intention to proceed under Section 2255 by executing and submitting a standard Section 2255 form. The Court warned petitioner that failure to comply with the Order would result in a recommendation that his petition be dismissed without prejudice.

When petitioner failed to respond to the May 11 Order, the Court, in an abundance of caution, allowed petitioner an additional ten days to comply with the Order. The Court admonished petitioner that if he did not indicate his intention of proceeding under Section

2255 by completing a standard Section 2255 form within ten days, the Court would recommend that this petition be dismissed without prejudice. Petitioner has failed to respond. The Court accordingly recommends that the instant petition be **DISMISSED** without prejudice.

SO REPORTED AND RECOMMENDED this 12th day of July, 2006, at Augusta, Georgia.

_____
W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE