FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 AUG -4  PM 3: 21

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| IAN JAMES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 306-24 |
| | ) |
| WARDEN McRAE CORRECTIONAL | ) |
| FACILITY et al., | ) |
| | ) |
| Respondents. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The petition in this case is **DISMISSED** without prejudice.

SO ORDERED this 4th day of August, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner submitted a letter to the Court on July 27, 2006, which the Court construes as an objection to the Report and Recommendation. The Court finds that the Magistrate Judge properly construed the petition as a motion that should be filed under Title 28, United States Code, Section 2255, and appropriately recommended that the petition be dismissed when petitioner did not indicate his intention to convert the petition to a Section 2255 motion.